In the Matter of TOWN OF WALLKILL, Respondent, v CIVIL SERVICE EMPLOYEES ASSOCIATION, INC. (LOCAL 1000, AFSCME, AFL-CIO, TOWN OF WALLKILL POLICE DEPARTMENT UNIT, ORANGE COUNTY LOCAL 836), et al., Appellants.

Submitted July 18, 2011; decided October 18, 2011

Motion by the New York State Public Employment Relations Board for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 19 copies filed within 30 days.

In the Matter of LORRAINE WETZEL, Appellant, v TOWN OF ORANGETOWN et al., Respondents.

Submitted June 20, 2011; decided October 18, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from Supreme Court's order denying appellant's motion for reargument, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.